UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISA CHICAGO WHOLESALE, INC. | ) |
| Plaintiff, | ) |
| v. | ) 08CV3461 |
| | ) JUDGE HIBBLER |
| SWISHER INTERNATIONAL, INC. | ) MAGISTRATE JUDGE SCHENKIER |
| Defendant. | ) |
| Serve: | ) JURY TRIAL DEMANDED |
| CT Corporation | ) |
| 1200 S. Pine Island Road | ) |
| Plantation, FL 33324 | ) |

**FILED**
JUN 17 2008 TC
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, ISA Chicago Wholesale, Inc. ("ISA"), and for its Complaint for damages against Defendant Swisher International, Inc. ("Swisher"), states as follows:

### PARTIES

1. ISA is a corporation organized and existing under the laws of the State of Illinois. ISA's principal place of business is located at 579 Windy Point Drive, Glendale Heights, IL.

2. Defendant Swisher is a Delaware Corporation with principal places of business in Darien, Connecticut and Jacksonville, Florida.

### VENUE/JURISDICTION

3. This Court has jurisdiction under 28 U.S.C. § 1332(a) in that it involves the citizens of different states and seeks to recover more than $75,000.00, exclusive of interest and costs.

Venue is proper in this district pursuant to 28 U.S.C. §1391(a)(2) in that a substantial part of the events or omissions giving rise to the claim occurred in the Northern District of Illinois

## BREACH OF CONTRACT

4. ISA distributes tobacco and other tobacco-related products to wholesalers throughout the Midwest United States.

5. Swisher manufactures and sells cigars and other tobacco-related products throughout the United States.

6. ISA is a distributor of Swisher products in Illinois and other states throughout the Midwest.

7. ISA buys products directly from Swisher and distributes the Swisher products to wholesalers, who in turn resell the Swisher products to retailers or other sub-wholesalers.

8. In January 2007, Swisher gave a 10% discount off of the "Invoice Price" from Swisher for all of the products it ordered from Swisher. ISA then passed along the majority of that discount to its wholesale clients, keeping approximately 1-2% of the discount as its net margin.

9. Since 2006, ISA has held a trade show for its wholesale clients. At this trade show, manufacturers, including Swisher, advertise and promote their products to ISA's wholesale clients throughout the Midwest.

10. In 2006 and 2007, Swisher agreed to extend an additional "trade show discount" to ISA for orders generated through the trade show. This trade show discount was in addition to the 10% discount normally received by ISA on Swisher products. The

purpose of the trade show discount was to encourage customers to buy more Swisher products.

11. In 2006 and 2007, ISA passed along the majority of the trade show discount to its wholesale clients as an incentive for them to purchase additional quantities of Swisher products from ISA.

12. In 2006, Swisher issued credit memos to ISA for the entire amount of the trade show discount arising out of orders placed by ISA from the 2006 trade show.

13. In 2007, Swisher's Zone Manager, George Loomis, and its Regional Manager, Paul Domoras, were present at the 2007 ISA trade show. Both Loomis and Domoras spoke with Swisher's Vice President of Central Sales, Donnie Shadburn, about again extending the trade show discount to ISA on sales arising out of ISA's 2007 trade show.

14. Swisher, through its various officers, including Loomis, Domoras and/or Shadburn, agreed to offer ISA a trade show discount on sales arising out of the 2007 trade show.

15. As a result of this agreement to offer ISA the trade show discount in 2007, ISA took orders totaling approximately $6 million from its wholesale clients. As a result, ISA offered a larger than usual discount to its wholesale clients.

16. Since the 2007 trade show, ISA has delivered the Swisher products ordered by its wholesale clients from the trade show at a price that included the trade show discount promised by Swisher.

17. Swisher initially issued two credit memos to ISA for a total of $68,868, covering only a portion of the trade show discount due to ISA from the trade show

orders; however, since that time, Swisher has refused to issue any further credit memo to ISA, or to otherwise pay ISA, for the balance of the trade show discount.

18. Swisher owes ISA the balance of $262,070 for the 2007 trade show discount.

19. As a result of Swisher's refusal to pay the balance of the 2007 trade show discount – which ISA had passed along to its wholesale clients – ISA was unable to purchase additional products from Swisher and other manufacturers in a quantity sufficient to meet its wholesale clients' demand, and as a result, ISA has lost sales over the last fourteen months in an amount of at least $7 million. The loss of these sales has caused ISA to lose more than $300,000 in profits from these sales.

WHEREFORE, Plaintiff ISA Chicago Wholesale, Inc. prays for judgment against Defendant Swisher International, Inc., in the amount of greater than Seventy-Five Thousand Dollars ($75,000) plus interest at the highest rate permitted by law, for its costs expended herein, and for such other and further relief as may be just and proper.

WITZEL & KANZLER LLC

By: _____
Jay L. Kanzler Jr., #41298
2001 S. Big Bend Blvd.
St. Louis, Missouri 63117
Tel:  (314) 645-5367
Fax:  (314) 645-5687
jaykanzler@wkllc.com