

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ISA CHICAGO WHOLESALE, INC.

v.

SWISHER INTERNATIONAL, INC.

**08CV3461**
**JUDGE HIBBLER**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ISA CHICAGO WHOLESALE, INC.

| | |
|---|---|
| NAME (Type or print) Jay L. Kanzler Jr | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Jay Kanzler #41298 | FILED JUN 17 2008 T.C Jun 17, 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| FIRM Witzel & Kanzler LLC | |
| STREET ADDRESS 2001 S. Big Bend Blvd. | |
| CITY/STATE/ZIP St. Louis, MO. 63117 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 41298 | TELEPHONE NUMBER 314.645.5367 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐