UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ISA CHICAGO WHOLESALE, INC.,
    Plaintiff(s),

vs.

SWISHER INTERNATIONAL, INC.,
    Defendant(s).

08CV3461
JUDGE HIBBLER
MAGISTRATE JUDGE SCHENKIER

## NOTIFICATION AS TO AFFILIATES

Pursuant to LR3.2. of the Local Rules of the United States District Court for the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Plaintiff ISA Chicago Wholesale, Inc., hereby gives notice the following corporate interests are disclosed:

1. Any entity that owns five percent (5%) or more of the corporation:

    None.

2. Any parent corporation:

    None.

**FILED**

JUN 1 7 2008 TC
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Counsel for Plaintiff
Print Name: Jay L. Kanzler, Jr., #41298
Address: 2001 S. Big Bend Blvd.
City/State/Zip: St. Louis, MO 63108
Phone: (314) 645-5367

I hereby certify a true copy of the foregoing Notification as to Affiliates was served along with the Summons and Complaint on the Defendant, Swisher International, Inc.