# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

ISA CHICAGO WHOLESALE, INC.

   Plaintiff,

vs.

SWISHER INTERNATIONAL, INC.,

   Defendants.

Case No.: 08 CV 3461

Judge: Hibbler

Magistrate Judge: Schenkier

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SWISHER INTERNATIONAL, INC.

| |
|---|
| NAME: David R. Creagh |
| SIGNATURE: s/ *David R. Creagh* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6191452 | (312) 704-3000 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

I, David R. Creagh, an attorney, certify that I shall cause to be served a copy of the foregoing **APPEARANCE** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, express courier, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 12th day of **August, 2008.**

| | |
|---|---|
| _X_ CM/ECF | *Counsel for Plaintiff* |
| ___ Facsimile | Jay L. Kanzler, Esq. |
| ___ Express Courier | Witzel & Kanzler LLC |
| ___ Mail | 2001 South Big Bend Boulevard |
| ___ Messenger | St. Louis, Missouri 63117 |
| | Phone: (314) 645-5367 |
| | Fax:    (314) 645-5687 |
| | jaykanzler@wkllc.com |

HINSHAW & CULBERTSON LLP

David R. Creagh, Esq.
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois  60601-1081
Phone: (312) 704-3000
Fax:    (312) 704-3001
dcreagh@hinshawlaw.com

s/ *David R. Creagh*
David R. Creagh

2

6350365v1 890102 68312