890102/DRCreagh/DJRichards/jdn

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISA CHICAGO WHOLESALE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWISHER INTERNATIONAL, INC., <br><br> Defendant. | Case No. 08 CV 3461 <br><br> Judge Hibbler <br><br> Magistrate Judge Schenkier |

## JURY DEMAND

The Defendant, SWISHER INTERNATIONAL, INC., requests trial by jury as to all issues, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

David R. Creagh, Esq. (ARDC No. 6191452)　　　Respectfully submitted,
David J. Richards, Esq. (ARDC No. 6230119)
**HINSHAW & CULBERTSON LLP**　　　　　　　　**HINSHAW & CULBERTSON LLP**
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
Phone: (312) 704-3000
Fax:　 (312) 704-3001　　　　　　　　By:　<u>s/David R. Creagh</u>
　　　　　　　　　　　　　　　　　　　　　　　One Of The Attorneys For Defendant,
　　　　　　　　　　　　　　　　　　　　　　　SWISHER INTERNATIONAL, INC.

6350699v1 890102 68312

2

## PROOF OF SERVICE

    I, the undersigned, a non-attorney on oath, certify that I filed and served the above and foregoing Jury Demand, via electronic delivery pursuant to the Court's electronic filing and service system, addressed to the persons referenced below, on the 12th day of August, 2008:

*Counsel for Plaintiff*
Jay L. Kanzler, Esq.
Witzel & Kanzler LLC
2001 South Big Bend Boulevard
St. Louis, Missouri 63117
Phone: (314) 645-5367
Fax:   (314) 645-5687
jaykanzler@wkllc.com

| | |
|---|---|
| [x] Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct. | s/Joseph D. Niemeier |

2

6350699v1 890102 68312