890102/DRCreagh/DJRichards/jdn

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISA CHICAGO WHOLESALE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 CV 3461 |
| SWISHER INTERNATIONAL, INC., | ) Judge Hibbler |
| Defendant. | ) Magistrate Judge Schenkier |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADING

NOW COMES defendant, SWISHER INTERNATIONAL, INC. (hereafter "Swisher International"), by and through its counsel, David R. Creagh and David J. Richards of Hinshaw & Culbertson LLP, and respectfully requests an extension of seven days, until August 19, 2008, to file its responsive pleading to plaintiff's Complaint for Damages, and in support thereof, states as follows:

1. Based upon when Swisher International was served with plaintiff's Complaint for Damages, Swisher International's responsive pleading is due to be filed on August 12, 2008.

2. Swisher International is still in the process of investigating plaintiff's claims and accordingly, requests an extension of seven days to file its responsive pleading.

3. The attorney for Swisher International has spoken with the plaintiff's attorney and the plaintiff's attorney does not oppose this request.

WHEREFORE, the defendant, SWISHER INTERNATIONAL, INC., requests that the Court grant an extension of seven days, until August 19, 2008, for Swisher International to file its responsive pleading to plaintiff's Complaint.

Dated this 12th day of August, 2008.

6350503v1 890102 68312

| | |
|---|---|
| David R. Creagh, Esq. (ARDC No. 6191452)<br>David J. Richards, Esq. (ARDC No. 6230119)<br>**HINSHAW & CULBERTSON LLP**<br>222 North LaSalle Street<br>Suite 300<br>Chicago, IL 60601-1081<br>Phone: (312) 704-3000<br>Fax:    (312) 704-3001 | Respectfully submitted,<br><br>**HINSHAW & CULBERTSON LLP**<br><br><br>By:  s/David R. Creagh<br>One Of The Attorneys For Defendant,<br>SWISHER INTERNATIONAL, INC. |

2

6350503v1 890102 68312

## PROOF OF SERVICE

    I, the undersigned, a non-attorney on oath, certify that I filed and served the above and foregoing Motion for Extension of Time to File Responsive Pleading, via electronic delivery pursuant to the Court's electronic filing and service system, addressed to the persons referenced below, on the 12th day of August, 2008:

*Counsel for Plaintiff*
Jay L. Kanzler, Esq.
Witzel & Kanzler LLC
2001 South Big Bend Boulevard
St. Louis, Missouri 63117
Phone: (314) 645-5367
Fax:   (314) 645-5687
jaykanzler@wkllc.com

| | |
|---|---|
| [x]Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct. | s/Joseph D. Niemeier |

3