**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ISA CHICAGO WHOLESALE, INC., )<br>             Plaintiff, )<br>)<br>           vs. )<br>)<br>SWISHER INTERNATIONAL, INC., )<br>             Defendant. ) | Case No. 1:08-cv-03461<br>Honorable William J. Hibbler<br>Magistrate Judge Schenkier |

## **PARTIES' JOINT STATUS REPORT & DISCOVERY SCHEDULE**

Pursuant to this Court's Order, the parties submit this Joint Status Report and Discovery Schedule in the above captioned matter.

    A.    The attorneys of record are as follows:

| | |
|---|---|
| Jay L. Kanzler *<br>Brian J. Massimino<br>Witzel & Kanzler, LLC<br>2001 S. Big Bend Blvd.<br>St. Louis, Missouri 63117<br>(314) 645-5367<br>(314) 645-5387 (fax)<br>jaykanzler@wkllc.com | David R. Creagh*<br>David J. Richards<br>Hinshaw & Culbertson<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601-1081<br>(312) 704-3000<br>dcreagh@hinshawlaw.com |

* Expected to try the case

    B.    The basis for federal court jurisdiction is 28 U.S.C. § 1332, in that the parties are diverse and the claimed amount in controversy exclusive of interest and costs is in excess of $75,000.

    C.    Both parties have requested a jury trial.

    D.    Plaintiffs have asserted a claim for breach of contract.

    E.    Defendant has not asserted a counterclaim at this time.

F. Plaintiff's complaint seeks compensatory damages in excess of $75,000, plus interest and costs.

G. All parties have been served.

H. The principal legal issues are whether defendant has breached a contract with plaintiff, and, if so, what is the appropriate measure of damages, if any.

I. The principal factual issues are the terms of the applicable agreement between the parties, if any, and the amount of plaintiff's damages, if any.

J. At this time, the parties anticipate filing substantive motions.

K. The parties believe the following dates for discovery are reasonable:

| | |
|---|---|
| **Initial Disclosures under Rule 26(a)** | September 30, 2008 |
| **Amended Pleadings** | December 15, 2008 |
| **Expert Disclosures** | |
| Plaintiff | May 15, 2009 |
| Defendant | June 15, 2009 |
| **Discovery Cutoff** | July 15, 2009 |
| **Dispositive Motions** | August 1, 2009 |
| **Ready for trial** | December 1, 2009 |

Additionally, there is no reason for discovery to be conducted in phases. The discovery will focus on, among other things: the parties' agreement, if any, and plaintiff's damages, if any.

L. The parties believe that they will be ready for trial by December 1, 2009 and that the trial should last no more than four (4) days.

*3*

M.	Prior to and after filing suit, the parties engaged in settlement discussions; however, a resolution has not been reached.  The parties are not opposed at this time to participation in some form of alternative dispute resolution such as mediation.


/s/ Jay L. Kanzler, Jr.
Jay L. Kanzler, Jr.
Brian J. Massimino
Witzel & Kanzler, LLC
2001 S. Big Bend Blvd.
St. Louis, Missouri 63117
(314) 645-5367
(314) 645-5387 (fax)
jaykanzler@wkllc.com

/s/ David R. Creagh
David R. Creagh
David J. Richards
Hinshaw & Culbertson
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
dcreagh@hinshawlaw.com

*3*