**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Isa Chicago Wholesale, Inc.
         Plaintiff,

v.                 Case No.: 1:08−cv−03461
                Honorable William J. Hibbler

Swisher International, Inc.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

  MINUTE entry before the Honorable William J. Hibbler:Status hearing held on 8/27/2008 and continued to 10/21/2008 at 09:30 a.m. The court adopts the parties' joint discovery schedule. Initial disclosures under Rule 26(a) due by 09/30/08. Amended pleadings to be filed by 12/15/08. Parties to discuss resolution by 03/17/09. Plaintiff to disclose experts by 05/15/09; defendant to disclose experts by 06/15/09. Discovery to close 07/15/09. Dispositive motions to be filed by 08/01/09.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.