MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

ISA CHICAGO WHOLESALE, INC.,

    Plaintiff,

vs.

SWISHER INTERNATIONAL, INC.,

    Defendant.

Case No.: 08 CV 3461

Judge: Hibbler

Magistrate Judge: Schenkier

**FILED**
AUG 2 6 2008   NF
8-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SWISHER INTERNATIONAL, INC.

| | |
|---|---|
| NAME: Anne C. Couyoumjian | |
| SIGNATURE: s/ Anne C. Couyoumjian | |
| FIRM: HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6292616 | TELEPHONE NUMBER (312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |

6355450v1 890102 68312

## CERTIFICATE OF SERVICE

I, Anne C. Couyoumjian, an attorney, certify that I shall cause to be served a copy of the foregoing **APPEARANCE** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, express courier, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this **26th** day of **August, 2008**.

|  |  |
|---|---|
| \_\_\_\_ CM/ECF | *Counsel for Plaintiff* |
| _X_ Facsimile | Jay L. Kanzler, Esq. |
| \_\_\_\_ Express Courier | Witzel & Kanzler LLC |
| \_\_\_\_ Mail | 2001 South Big Bend Boulevard |
| \_\_\_\_ Messenger | St. Louis, Missouri 63117 |
|  | Phone: (314) 645-5367 |
|  | Fax: (314) 645-5687 |
|  | jaykanzler@wkllc.com |

HINSHAW & CULBERTSON LLP

*/s/ Anne C. Couyoumjian*
Anne C. Couyoumjian

Anne C. Couyoumjian, Esq.
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
Phone: (312) 704-3000
Fax: (312) 704-3001
drichards@hinshawlaw.com

6355450v1 890102 68312